**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MICHAEL MCGRATH,** | ) |
| **Plaintiff,** | ) |
| **vs.** | )   **CIVIL ACTION 26-0016-KD-MU** |
| **DOCTOR BATES, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2026, (doc. 5), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.[1]

**DONE** and **ORDERED** this **11th day** of **June 2026.**

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff McGrath began this civil action while he was in custody at Baldwin County Corrections Center. (Doc. 5). The Court ordered McGrath to alert the Court immediately of his address change if he was transferred or released from custody or his case would be dismissed for failure to prosecute and comply with the Court's Order. (Doc. 3). The Order warning McGrath, (doc. 3), and the Report and Recommendation, (doc. 5), were mailed to McGrath's last known address. Both were returned as undeliverable. (Docs. 4, 6). McGrath has failed to provide the Court with a current address and therefore, failed to comply with the Court's Order.